## Commonwealth *v.* Edney, Appellant.

Submitted March 17, 1971. *Richard Hunter* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Edwards, Appellant.
## Commonwealth *v.* Campbell, Appellant.

Argued March 22, 1971. *Jonathan D. Herbst,* Assistant Public Defender, for appellant; *David B. Fitzgerald,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.